IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| **KIMIKO SCHLENK** | Civil Action No. 3:16-CV-601-JHM |
| PLAINTIFF, | |
| v. | Judge Chief Judge Joseph H. McKinley, Jr. |
| **GOODWILL INDUSTRIES OF KENTUCKY, INC.** | |
| DEFENDANT. | |

## NOTICE OF REMOVAL BY DEFENDANT
## GOODWILL INDUSTRIES OF KENTUCKY, INC.

Defendant Goodwill Industries of Kentucky, Inc. (hereinafter "Goodwill") hereby gives notice of removal of this action from the Circuit Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky (Louisville Division) pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and in support thereof states the following.

### BACKGROUND

1. On or about August 24, 2016, Plaintiff Kimiko Schlenk ("Plaintiff" or "Schlenk") commenced this action against Goodwill by filing a Verified Complaint ("Complaint") in the Circuit Court of Jefferson County, Kentucky, Case No. 16-CI-04090. Schlenk is former employee of Goodwill. Her first cause of action is an alleged violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C.S § 201, et seq. Plaintiff also alleges promissory estoppel,

negligent hiring, and gender discrimination pursuant to KRS 344.040. Plaintiff sought a jury trial in the state court Complaint.

  2. Goodwill was served with the Complaint on August 29, 2016. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

  3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the Circuit Court of Jefferson County, Kentucky, Case No. 16-CI-04090 are attached as Exhibit 1. No further proceedings have occurred in this action.

## BASIS FOR REMOVAL

  4. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1441 because Plaintiff brings a claim pursuant to federal statutes, 29 U.S.C.S § 201 et seq.

  5. 28 U.S.C. § 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." It is clear from the face of the Complaint that Plaintiff's FLSA claim is based on the laws of the United States.

  6. The state law causes of action asserted in Plaintiff's Complaint also are removable as a result of this Court's supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a) and (c). Specifically, the state claims form part of the same case or controversy as the federal claim, and do not raise novel or complex issues of state law or predominate over the federal claim. *Id.* As such, this Court should exercise jurisdiction over all claims asserted in the Complaint.

## VENUE

7. Venue of this action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

8. This action is not an action described in 28 U.S.C. § 1445.

9. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal and the accompanying exhibit are being served on counsel for the Plaintiff.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal also is being filed with the clerk for the Circuit Court of Jefferson County, Kentucky.

WHEREFORE, Defendant Goodwill respectfully removes this action from the Circuit Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division, as provided by law.

Respectfully submitted,

/s/ R. Kenyon Meyer
R. Kenyon Meyer
Caroline Lynch Pieroni
**Dinsmore & Shohl LLP**
National City Tower
101 South Fifth Street, Suite 2500
Louisville, Kentucky 4020
Phone: (502) 540-2300
Fax: (502) 581-8111
kenyon.meyer@dinsmore.com
Caroline.pieroni@dinsmore.com
***Counsel for Defendant, Goodwill Industries of Kentucky, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this **19th** day of September, 2016**,** a copy of the foregoing **Notice of Removal** was electronically filed with the Clerk of Court for the United States District Court, Western District of Kentucky using the CM/ECF System and was sent by U.S. Mail to the following counsel of record:

Samuel G. Hayward
Adams Hayward & Welsh
4036 Preston Highway
Louisville, KY 40213
*Counsel for Plaintiff*

/s/R. Kenyon Meyer
***Counsel for Defendant, Goodwill Industries of Kentucky, Inc.***