# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

CIVIL ACTION NO. 3:16CV-00601-JHM

KIMIKO SCHLENK                                         PLAINTIFF

V.

GOODWILL INDUSTRIES OF KENTUCKY, INC.           DEFENDANT

## JUDGMENT

This matter having come before the Court on dispositive motions filed by the Defendant, and the Court having issued Memorandum Opinions and Orders granting said motions,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendant consistent with the Court's Memorandum Opinions and Orders, and the Plaintiff's Complaint is dismissed with prejudice.

                                                      Joseph H. McKinley, Jr., Chief Judge
                                                            United States District Court

April 4, 2018

cc: counsel of record